[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 26, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13577
Non-Argument Calendar

_____

D. C. Docket No. 04-00077-CR-FTM-29-SPC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIA ESTER ORTIZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 26, 2006)**

Before CARNES, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, appointed counsel for Maria Ester Ortiz, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Ortiz's conviction and sentence are **AFFIRMED**.